UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
UNITED STATES OF AMERICA                              :
:
                          Plaintiff,                  :         19 Civ. 7323 (DAB)
              -v.-                                    :
:
$57,162.00 IN UNITED STATES CURRENCY,                 :
:
                          Defendant-*in-rem*.         :
------------------------------------------------------------------x

### NOTICE OF GOVERNMENT'S MOTION PURSUANT TO RULE 60(b)

PLEASE TAKE NOTICE that, upon the Government's Memorandum of Law in Support

of Government's Motion Pursuant to rule 60(b), and upon all papers and prior proceedings

herein, the United States of America will move before the Honorable Deborah A. Batts, United

States District Judge for the Southern District of New York, at such time as the Court shall

direct, to relieve Jeremy Rosario (the "Potential Claimant") from the Judgment of Forfeiture

entered on October 30, 2019 (D.E. 7),  pursuant to Federal Rule of Civil Procedure Rule 60(b),

and permit him to file a claim on or before December 20, 2019 in this matter, and such other

relief as the Court may determine to be just and proper.

Dated:  November 25, 2019
          New York, New York

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney
                                        Southern District of New York

                          By:           _____
                                        JULIANA MURRAY
                                        Assistant United States Attorney
                                        (212) 637-2314

To:    Jeremy Rosario
       Potential Claimant