UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

               Plaintiff,

       –v–

$57,162 in United States Currency,

               Defendant-in-Rem.

19-cv-7323 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's Order dated February 24, 2020, Dkt. No. 14, Plaintiff was to submit a letter to the Court updating it on the status of the above-captioned action no later than March 13, 2020. The Court is not in receipt of such a letter. Accordingly, Plaintiff shall submit its letter by May 5, 2020.

    SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge