UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020
```

United States of America,

                Plaintiff,

    –v–

$57,162 in United States Currency,

                Defendant-in-Rem.

19-cv-7323 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In its April 28, 2020 Order, Dkt. No. 15, the Court ordered the Government to submit a letter updating it on the status of the above-captioned action, as required by Dkt. No. 14, by May 5, 2020.  As of the date of this Order, the Court is not in receipt of any status update. Accordingly, the Government shall file the status update letter required by Dkt. No. 14 by July 20, 2020.

    SO ORDERED.

Dated: July 13, 2020
       New York, New York

                                                _____
                                                 ALISON J. NATHAN
                                               United States District Judge