USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    Plaintiff,

—v—

$57,162 in United States Currency,

    Defendant-in-Rem.

19-cv-7323 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 29, 2020, the Court granted the Government's Rule 60(b) motion to relieve Mr. Jeremy Joseph Rosario from the judgment of forfeiture and granted leave for Mr. Rosario to file a corrected claim within 35 days of service of this Order. Dkt. No.18. As of the date of this order, the Court has not received a corrected claim from Mr. Rosario. Within two weeks of this order, the Government is hereby ORDERED to submit a letter proposing next steps in this litigation; if proper, the Government may also submit a proposed order or judgment of forfeiture.

    SO ORDERED.

Dated: May 18, 2021
    New York, New York

_____
ALISON J. NATHAN
United States District Judge